ACCEPTED
01-15-00198-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 12:14:45 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00198-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 12:14:45 PM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals for the First or Fourteenth District of Texas

In Re Southwood Place Recreation Association Inc. and Keysha Booker.

Original Proceeding from the 190th Judicial District Court,
Harris County, Texas, Trial Court Cause No. 2013-47353,
the Honorable Patricia Kerrigan, Presiding Judge

**RELATORS' EMERGENCY MOTION FOR TEMPORARY RELIEF**

TO THE HONORABLE FIRST OR FOURTEENTH COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 52.10, Southwood Place Recreation Association Inc. (SPRA) and Keysha Booker, Relators, file this Emergency Motion For Temporary Relief to accompany their Petition for Writ of Mandamus, and in support of this motion would show the Court as follows:

1.     The underlying action is currently set for trial on the two week trial docket beginning March 16, 2015. The trial court granted Real Parties In Interest' plea to jurisdiction on the unauthorized practice of law claims with respect to the SPRA, even though the jurisdiction of the Unauthorized Practice of Law

Page 1

Committee is nonexclusive, In Re Nolo Press/Folk Law, Inc., 991 S.W.2d 768,773 (Tex. 1999) (orig. proceeding). Furthermore, the trial court is forcing the unauthorized practice of law claim to trial with Attorney Keysha Booker as the only complainant and without the party who suffered the harm.

2. As a result, the trial court committed a clear abuse of discretion, as it made a prejudicial error of law leaving the SPRA without a remedy, since once the claim goes to trial, the SPRA, even if granted relief, will be barred by res judicata and collateral estoppel from trying the claim as it will already have been finally litigated. Cont'l Casing Corp. v. Siderca Corp., 38 S.W.3d 782,792 (Tex. App. Houston 14th Dist. 2001, no pet.); Richards v. Comm'n for Lawyer Discipline, 35 S.W.3d 243,249 (Tex. App. Houston 14th Dist. 2000, no pet.). Moreover, any remedy obtained in the trial court belongs to and can only be enforced by Attorney Keysha Booker. "[M]andamus relief is appropriate when a trial court clearly abuses its discretion and there is no adequate remedy by appeal. In re Prudential Ins. Co. of Am., 148 S.W.3d 124, 135-36 (Tex.2004) (orig. proceeding).

WHEREFORE, Relators, respectfully requests that this Court grant temporary relief by issuing an order staying the trial of this case until this Court resolves the issue raised in this Petition for Writ of Mandamus. Relators requests any other relief to which they may be entitled.

Respectfully Submitted By:

/s/ Tamika Harris
Tamika C. Harris Esq.
Attorney and Counselor at Law
Texas Bar No. 24002235
P.O. BOX 690064
Houston, Texas 77269-0064
Phone: (281) 440-4976
Fax: (281) 440-1327
Email: tharris.harrislaw@sbcglobal.net

COUNSEL FOR RELATORS

## CERTIFICATE OF CONFERENCE

I certify that on March 4, 2015, I conferred with Real Parties in Interest's counsel

regarding the merits of this motion and that the Real Parties in Interest indicated it is

opposed.

/s/ Tamika Harris
Tamika C. Harris Esq.

## **CERTIFICATE OF COMPLIANCE**

I certify that a copy of this motion will be faxed to Real Parties in Interest's

counsel immediately after the motion is filed.

/s/ Tamika Harris
Tamika C. Harris Esq.

## CERTIFICATE OF SERVICE

I certify that on March 4, 2015, a true and correct copy of this motion was served on Respondent and all counsel of record in accordance with the Texas Rules of Appellate Procedure.


/s/ Tamika Harris
Tamika C. Harris Esq.